**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 96.242.14.86**

**ISP:** Verizon Internet Services
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/05/2019 08:40:16 | 82292EB52C9863E6CE456319B716E5903F727FFE | Hot Fucking with Sexy Sybil and Jake |
| 05/05/2019 08:29:44 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 04/01/2019 06:23:00 | 65FB1A3CEF085B831C6343F19C7CC818423BBECC | Red Hot Christmas |
| 03/25/2019 07:03:11 | 3044F88C5BD395BCCF01AA44D3DBE2971C641DD6 | Stunning Sexy Shower |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

CNJ852