**Copyrights-In-Suit for IP Address 96.242.14.86**

**ISP:** Verizon Internet Services
**Location:** Jersey City, NJ

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Hot Fucking with Sexy Sybil and Jake | PA0002144402 | 10/18/2018 | 11/27/2018 | 05/05/2019 |
| Teach Me About Sex | PA0002140491 | 08/31/2018 | 09/24/2018 | 05/05/2019 |
| Red Hot Christmas | PA0002097531 | 12/23/2017 | 01/03/2018 | 04/01/2019 |
| Stunning Sexy Shower | PA0002165727 | 03/21/2019 | 04/09/2019 | 03/25/2019 |

**Total Malibu Media, LLC Copyrights Infringed:  4**

EXHIBIT B

CNJ852