Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.242.14.86,<br><br>                Defendant. | Case No. 2:19-cv-13421-JMV-SCM |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 96.242.14.86. Pursuant to Fed.R.Civ.P.

1

41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2019                               Respectfully submitted,

                                                By:   /s/ *Patrick J. Cerillo*
                                                      Patrick J. Cerillo, Esq.
                                                      Patrick J. Cerillo, LLC
                                                      4 Walter E. Foran Blvd.,
                                                      Suite 402
                                                      Flemington, NJ 08822
                                                      Attorney ID No. 01481-1980
                                                      T: (908) 284-0997
                                                      F: (908) 284-0915
                                                      pjcerillolaw@comcast.net
                                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Patrick J. Cerillo*